ALEXIS RAESHAUN BELL
POST OFFICE BOX 470547
LOS ANGELES, CALIFORNIA. 90047
TELEPHONE: (720) 432-6350
EMAIL: A.RAESHAUNBELL@GMAIL.COM

E-FILED 05/20/13

JS-6

**NOTE CHANGES MADE BY THE COURT.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RAESHAUN BELL,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION; BERTHA LEMUS, ASSISTANT MANAGER OF HARDLINES; RALPH CHARLES, MANAGER OF LOSS PREVENTION; AND DOES 1 THROUGH 50, INCLUSIVE.,<br><br>Defendant | Case No.: CV-12-09717- PSG (MANx)<br><br>REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(1)(A)(ii)<br><br>ORDER |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ALEXIS RAESHAUN BELL request that, pursuant Fed. R. Civ. P. 41(1)(A)(ii), through a Joint Stipulation, Defendant SEARS HOLDINGS MANAGEMENT CORPORATION (KMART), BERTHA LEMUS, ASSISTANT MANAGER OF HARDLINES; AND RALPH CHARLES, MANAGER OF LOSS PREVENTION, AND DOES 1 THROUGH 50, INCLUSIVE, be dismissed with prejudice from the above-entitled action.

Dated this 15th day of May, 2013

BY: _____
ALEXIS RAESHAUN BELL
PLAINTIFF IN PRO SE

AGREED TO AND STIPULATED

DATED: May 17, 2013

/s/ Donald Choi
DONALD CHOI
LARA DE LEON
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

FOR THE DEFENDANTS
KMART, CHARLES, AND LEMUS

Dated: 05/20/13

**IT IS SO ORDERED.**

_____

**U.S. DISTRICT JUDGE**

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| TITLE OF CASE (ABBREVIATED) *Alexis R. Bell v. Sears Holding Management, et al.* | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   TELEPHONE NO.: Lara C. de Leon, Esq. / Donald Choi, Esq.   (714) 800-7900 lara.deleon@ogletreedeakins.com / donald.choi@ogletreedeakins.com Ogletree Deakins Nash Smoak & Stewart PC 695 Town Center Drive, Ste. 1500, Costa Mesa, CA 92626 | |
| ATTORNEYS FOR: Defendant | HEARING DATE – TIME | CASE NUMBER: CV12-09717 PSG (MANx) |
| **PROOF OF SERVICE - DECLARATION OF SERVICE** | |

At the time of service I was over 18 years of age and not a party to this action. My residence or business address is: 695 Town Center Drive, Ste. 1500, Costa Mesa, CA 92626

On May 17, 2013, I served the following documents (specify):

1. REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(1)(A)(ii)

☐ The documents are listed in the Attachment to Proof of Service.

I served the documents on the **person or persons** below, as follows:

| Alexis R. Bell P.O. Box 470547 Los Angeles, CA 90047-0547 **PLAINTIFF, PRO SE** | |
|---|---|

☐ **By ELECTRONIC SUBMISSION.** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipient(s) **via electronic transmission through the CM/ECF system on the Court's website.** The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **Additional parties' counsel who are not registered CM/ECF user according to the court's NEF, were served via the following means:**

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax numbers listed above. No error was reported by the fax machine used. A copy of the record of transmission is attached.

☒ **By United States mail.** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*Alexis R. Bell v. Sears Holding Management, et al.*
Cv12-09717 PSG (MANx)

  ☐ **By overnight delivery.** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses listed above. I am readily familiar with this business practice for collection and processing envelopes and packages for overnight delivery. On the same day that envelope or package is placed for collection and delivery, it is deposited in the ordinary course of business with and overnight delivery service, in a sealed envelope or package.

  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed May 17, 2013, at Costa Mesa, California.

_____
Kym Smith

14655544.1

---

PROOF OF SERVICE – DECLARATION OF SERVICE